UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CLINTON WILLIAMS § | |
| § | CIVIL ACTION NO. 4:25-cv-00193-SDJ |
| Plaintiff § | |
| § | |
| VS. § | |
| § | |
| REYA SUMMER INCORPORATED and § | |
| BINOD BISTA and DIPESH SEDAIN § | |
| § | |
| Defendants § | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Pursuant to the Federal Rules of Civil Procedure, Plaintiff hereby files this notice of voluntary dismissal in accordance with FRCP Rule 41(a)(1)(A)(i).

The issues between the parties and the case in controversy have been resolved.

DATED: July 9, 2025            Respectfully submitted,

                               BY:    */S/   R. Bruce Tharpe*
                                      R. Bruce Tharpe
                                      Texas State Bar ID No. 19823800
                                      Federal Bar ID 13098

                                      **LAW OFFICE OF
                                      R. BRUCE THARPE, PLLC**
                                      PO Box 101
                                      Olmito, TX 78575
                                      (956) 255-5111 (Tel)

                                      PLAINTIFF'S COUNSEL

CERTIFICATE OF SERVICE

I, R. BRUCE THARPE, do hereby certify that on July 9, 2025, this notice was served on all parties of record via the U.S. District Court for the Eastern District of Texas electronic case filing system. A copy of this notice was also mailed / emailed to Defendants, who have not filed an answer in this case.

                                      */s/ R. Bruce Tharpe*
                                      PLAINTIFF'S COUNSEL

1